UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
KEVIN ANDREW AND LISA SUZANNE RAYL     HON. PATRICK J. DUGGAN
CIVIL NO. 09-11394
BANKRUPTCY NO. 00-46131

KEVIN ANDREW AND LISA SUZANNE RAYL,

-V-

KRISPEN S. CARROLL, TRUSTEE

_____/

## BRIEFING SCHEDULE

The record on appeal in the above-entitled matter was docketed by the Clerk's Office on April 27, 2009.

Pursuant to Bankruptcy Rule 8009:
The brief of the appellants shall be filed by May 18, 2009.

The brief of the appellee shall be filed by June 8, 2009.

Reply brief, if any, shall be filed by June 22, 2009.

DATE: April 28, 2009

s/Marilyn Orem
Case Manager for the
Hon. Patrick J. Duggan
313-234-5147

To:
Sonya Goll
Krispen Carroll