UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO. 09-11394
HON. PATRICK J.DUGGAN

IN RE: KEVIN RAYL AND LISA RAYL

KEVIN RAYL AND LISA RAYL,

      Appellants

v.

KRISPEN CARROLL,

      Appellee.

_____/

## ORDER DISMISSING BANKRUPTCY APPEAL

Due notice of an Order to Show Cause why the above action should not be

dismissed for failure to file brief on appeal has been electronically sent to counsel of

record.  No response has been filed on behalf of the appellants; therefore

**IT IS ORDERED** that  this action should **DISMISSED** for failure to file brief on

appeal.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  June 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of
record on June 9, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager